MOSDOS ORAYSA, INC., Appellant, v JOSEPH SAUSTO et al., Respondents.

Submitted April 25, 2005; decided June 29, 2005

Motion, insofar as it seeks leave to appeal as against defendants Pleasant Fields, Inc. and Yeshaya Dovid Willner, dismissed upon the ground that as to those parties the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of KEITH G. O'BRIEN, Appellant, v ALAN G. HEVESI, as State Comptroller, et al., Respondents.

Submitted May 23, 2005; decided June 29, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANDRO LOPEZ, Appellant.

Submitted June 6, 2005; decided June 29, 2005

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

TOMÁZ MENDES REGATOS, Respondent, v NORTH FORK BANK et al., Appellants, et al., Defendant.

Submitted June 13, 2005; decided June 29, 2005

Motion by the Clearing House Association L.L.C. for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.